THE PEOPLE OF THE STATE OF NEW YORK ex rel. MYRON H. PECK, Appellant, *v.* THE BOARD OF SUPERVISORS OF GENE-SEE COUNTY, Respondent.

*People ex rel. Peck* v. *Bd. Supervisors Genesee Co.*, 61 App. Div. 545, affirmed.
(Argued October 1, 1901; decided October 18, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 27, 1901, dismissing a writ of certiorari to review the action of the defendant in auditing a claim for services presented by the relator.

*Myron H. Peck*, appellant, in person.

*Edward A. Washburn* and *George Bowen* for respondent.

Order affirmed, with costs; no opinion.

Concur: HAIGHT, MARTIN, VANN and LANDON, JJ. Dissenting: PARKER, Ch. J., O'BRIEN and BARTLETT, JJ.